UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Lonnie H. Harrington,

Debtor.

Case No. 14-24986
Judge: GMH
Chapter 13

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Debtor has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before **21 days** after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

Clerk of Bankruptcy Court
517 E. Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Attorney Kyle R. Knutson
Lombardo Law Office
10919 West Bluemound Road
Suite 200
Milwaukee, WI 53226

If you, or your attorney, do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

Lombardo Law Office
10919 W. Bluemound Rd., Suite 200
Milwaukee, WI 53226
Tel: 414-543-3328
Fax: 414-543-0786

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    _X_ the Debtor;

    ___ the Chapter 13 Trustee (post-confirmation modifications only);

    ___ the holder of an unsecured claim (Name: ) (post-confirmation modifications only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. ___ post-confirmation;

    B. _X_ pre-confirmation (Select i. or ii.);

        i. _X_ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

        ii. ___ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: (*List creditors*)

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: Increase Debtor's plan payments.

4. The reason(s) for the modification is/are: Specialized Loan Servicing (SLS) filed an unexpected claim for arrears on Debtor's rental property. Debtor needs to increase his plan payments to compensate and maintain feasibility.

5. Select A. or B.

    A. The Chapter 13 Plan confirmed or last modified on ___, is modified as follows: (*State the specific language of the modification.*)

    B. The unconfirmed Chapter 13 Plan dated April 23, 2014, is modified as follows:

(1) **Plan Payments and Length of Plan.** Debtor will pay the sum of **$1,170.00 per month** for the remainder of the plan to the Trustee by **[X] Bi-Weekly Payroll Deduction(s)** or by [ ] Direct Payment(s) for the period of **60 months**. The duration of the plan may be less if all allowed claims in every class, other than long-term claims, are paid in full.

**(2)** **Special Provisions.** Debtor is a teacher and is only paid for 10 months out of the year. Debtor shall not be required to make payments to the Trustee during July and August each year during the plan. He shall pay $540/bi-weekly during all other months (September – June) in order to ensure feasibility.

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

I, Kyle R. Knutson, attorney for Debtor(s) Lonnie Harrington, certify that I have reviewed the modification proposed above with the Debtor(s), and that the Debtor(s) has/have authorized me to file it with the Court.

_____     _____6-16-14_____
Counsel for the Debtor(s)                                    Date

WHEREFORE, the Proponent requests that the Court approve the modification to the Chapter 13 Plan as stated herein.

Dated June 16, 2014 at Wauwatosa, Wisconsin.

                                      LOMBARDO LAW OFFICE
                                      Attorneys for Lonnie Harrington

By: _____
        Attorney Kyle R. Knutson
        State Bar No. 1056402
        Lombardo Law Office
        10919 West Bluemound Road, Suite 200
        Milwaukee, WI 53226
        Tel: (414) 543-3328   Fax: (414) 543-0786
        kknutson@lombardolawoffice.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:   Lonnie H. Harrington,                                    Case No. 14-24986
                                                                   Judge: GMH
         Debtor.                                                   Chapter 13

## CERTIFICATE OF SERVICE

The undersigned, Cathy Czopp of Lombardo Law Office, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed to the persons mentioned below, at their respective addresses, postage prepaid, by depositing them in the U.S. Mail at Wauwatosa, WI on June 16, 2014:

Lonnie Harrington                                                 Specialized Loan Servicing LLC
PO Box 240651                                                     8742 Lucent Blvd Suite 300
Milwaukee, WI 53224                                               Highlands Ranch, CO 80129

The undersigned, Cathy Czopp, further certifies that service of the above-referenced documents was made by ECF Notice of Electronic Filing to the following parties:

Mary B. Grossman, Chapter 13 Trustee
Office of the United States Trustee

Dated this 16th day of June, 2014.

By: _____
    *Cathy Czopp*

Lombardo Law Office
10919 W. Bluemound Rd., Suite 200
Milwaukee, WI 53226
Tel: 414-543-3328
Fax: 414-543-0786